

# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2018

No. 04-18-00654-CV

**IN RE** Christopher **HAINES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Karen Angelini, Justice
              Rebeca C. Martinez, Justice
              Irene Rios, Justice

On September 13, 2018, relator filed a petition for writ of mandamus and a motion for immediate temporary relief pending final resolution of the petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than October 1, 2018.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for temporary relief is GRANTED. All proceedings in the underlying case are STAYED pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on September 13, 2018.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017CI18574, styled *Virginia Castillo v. Christopher Haines and Daniel Haines*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel, Jr. presiding.